IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARLON CRUZ-CARPIO,

    Petitioner,

v.

WARDEN D. GREENWALT,

    Respondent.

CIVIL ACTION NO.: 5:20-cv-146

**O R D E R**

Respondent has moved to dismiss Petitioner's action for habeas corpus relief. Doc. 8. The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14 days of the date of this Order. If Petitioner does not file a response within 14 days, the Court may dismiss this action for failure to follow a Court Order. Additionally, if Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and may grant Respondent's Motion to Dismiss as unopposed. Further, the Court reminds Petitioner of his obligation to notify the Court of any change in his address in writing. Petitioner's failure to do so may also result in the dismissal of his cause of action.

**SO ORDERED**, this 22nd day of January, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA