# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| MARLON CRUZ-CARPIO, | * |
| Petitioner, | *  CIVIL ACTION NO.: 5:20-cv-146 |
| v. | * |
| D. GREENWALT, | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Petitioner Marlon Cruz-Carpio ("Cruz-Carpio") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court with the notations: "Return to Sender, Not at this Facility" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 13, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Cruz-Carpio's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders and Local Rules, **DENIES as**

AO 72A
(Rev. 8/82)

moot Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Cruz-Carpio *in forma pauperis* status on appeal.

        SO ORDERED, this \_\_\_2\_\_\_ day of \_\_\_March\_\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)